# Court of Appeals
# of the State of Georgia

ATLANTA,  December 16, 2019

*The Court of Appeals hereby passes the following order:*

**A20D0175. CITY OF ATLANTA et al. v. OMAR EL SAWI et al.**

Property owners Omar and Kinda El Sawi requested a riparian buffer authorized encroachment from the City of Atlanta. Both the technical panel and the commissioner of the City's Department of Watershed Management denied their request, and the El Sawis filed a petition for certiorari in the trial court. On January 16, 2019, the trial court found that the Department's decisions were arbitrary and the El Sawis were entitled to an encroachment. The City filed a motion for reconsideration, which was denied on October 17, 2019. The City then filed an application on November 15, 2019, seeking discretionary review of the October 17, 2019 order.[1] We lack jurisdiction.

An application for discretionary review must be filed within 30 days of entry of the order or judgment to be appealed. OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. *Moulder v. Reilly*, 226 Ga. App. 608, 608 (487 SE2d 142) (1997). Although the City's application was timely to the October 17 order, the denial of a motion for reconsideration is not itself appealable, and the filing of such a motion does not extend the time for filing an appeal. See *Bell v. Cohran*, 244 Ga. App. 510, 511 (536 SE2d 187) (2000); *Savage v. Newsome*, 173 Ga. App.

---

[1] Under OCGA § 5-6-35 (a) (1), "[a]ppeals from the decisions of the superior courts reviewing decisions of . . . state and local administrative agencies, and lower courts by certiorari or de novo proceedings" must be made by filing an application for discretionary appeal in this Court.

271, 271 (326 SE2d 5) (1985). The City's application was untimely filed 303 days after entry of the trial court's January 16, 2019 order finding that the El Sawis were entitled to an encroachment. See OCGA § 5-6-35 (d). Furthermore, its motion for reconsideration did not extend the time to appeal that order, and the denial of its motion for reconsideration is not itself appealable. See *Bell*, supra; *Savage*, supra. Accordingly, the City's application is hereby DISMISSED for lack of jurisdiction



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,   12/16/2019*
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

*, Clerk.*



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,*   12/16/2019  
     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *Stephen E. Castlen* _____ *, Clerk.*